JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMOLOWE,<br><br>          Plaintiff,<br><br>   v.<br><br>TREVCO, INC., et al.,<br><br>          Defendants. | Case No. CV 24-2333-MWF(AGRx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has reviewed the parties' Joint Stipulation of Dismissal with Prejudice, filed December 10, 2024. (Docket No. 26). For good cause shown, the Court GRANTS the parties' request. This matter is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: December 11, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge